UNITED STATES BANKRUPTCY COURT
For the Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Janet B. Ponik, | ) | Case No. 09-19915 |
| | ) | |
| Debtor | ) | Judge John H. Squires |

### ORDER TO EXTEND TIME

THIS CAUSE coming to be heard upon the Debtor's Motion to Extend the Time to enter the final discharge order to allow time for Debtor to enter into and file a reaffirmation agreement, the parties thereto having been duly notified and served, the Court having jurisdiction over the parties and the subject-matter and being fully advised;

IT IS HEREBY ORDERED that Debtor's motion is granted and the time for entry of the Final Discharge Order shall be and is hereby extended through and including October 30, 2009.

Dated: __OCT - 2 2009__        ENTER: _____
                                                    Judge John H. Squires

Attorney for Debtor
Attorney No. 06180071
David J. Boersma
1776-A S. Naperville Road, Suite 200
Wheaton, IL. 60189
(630) 653-5000